Holmes JONES, respondent, v. Lilla M. BALDWIN–DEVINE, appellant. (Supreme Court, Appellate Division, Second Department. February 4, 1916.) Motions denied.

Frederick A. JONES v. STANDARD PLUNG-ER ELEVATOR CO. (Supreme Court, Appellate Division, First Department. June 25, 1915.) Motion to dismiss appeal granted, with $10 costs. Opinion per curiam. Order filed. Motion to amend order denied, with $10 costs. Order filed.

John R. JONES, Respt., v. Solomon L. YOUNGENTOB, Applt. (Supreme Court, Appellate Division, First Department. March 3, 1916.) Judgment and order reversed, and new trial ordered, with costs to appellant to abide event, unless plaintiff stipulates to reduce verdict to $500, in which event the judgment, as so modified, and order affirmed, with costs of appeal to respondent. No opinion. Settle order on notice.

J. P. DUFFY COMPANY, Respt., v. STAPLETON NATIONAL BANK, impld., Applt. (Supreme Court, Appellate Division, First Department. March 24, 1916.) Judgment modified, by striking out extra allowance, and as modified, affirmed, with one bill of costs to respondents. No opinion. Settle order on notice.

In the Matter of the application of William H. JUDSON and Edward Herrick, as executors, etc., of Horatio Rowe, deceased, etc. (Supreme Court, Appellate Division, Second Department. February 11, 1916.) Decree of the Surrogate's Court of Dutchess County affirmed, with costs. No opinion. Jenks, P. J., and Thomas, Stapleton, Mills, and Putnam, JJ., concur.

Stephen JULIANO, respondent, v. John SCHETTINO and Maria Schettino, appellants, impleaded with others. (Supreme Court, Appellate Division, Second Department. February 4, 1916.) Judgment affirmed, with costs. No opinion. Jenks, P. J., and Thomas, Carr, Mills, and Rich, JJ., concur.

Hyman KALIK, Respt., v. Lorenzo HOLLAND and ano., Applts. (Supreme Court, Appellate Division, First Department. February 18, 1916.) Order affirmed, with $10 costs and disbursements, with leave to defendants to withdraw demurrer and to answer on payment of costs. No opinion. Order filed.

Frederick E. KALKBRENNER, as Trustee, etc., of Carl Hugo A. Wesch, deceased, respondent, v. MECHANICS' BANK, Brooklyn, appellant. (Supreme Court, Appellate Division, Second Department. February 28, 1916.) Judgment and order affirmed, with costs. No opinion. Jenks, P. J., and Thomas, Stapleton, Mills, and Putnam, JJ., concur.

Lydia H. KANE et al. v. Mary J. ODELL et al. (Supreme Court, Appellate Division,

First Department. March 24, 1916.) Motion granted to extent of vacating stay. Settle order on notice.

Julia KEEL, as adm'x, v. JOBSON–GIFFORD CO., impld. (Supreme Court, Appellate Division, First Department. March 10, 1916.) Motion granted, with $10 costs. Order filed.

Patrick KELLY v. Joseph F. MULQUEEN. (Supreme Court, Appellate Division, First Department. January 28, 1916.) Motion granted, with $10 costs. Order filed.

Julia R. KELSEY v. William BRADLEY. (Supreme Court, Appellate Division, First Department. January 28, 1916.) Motion to correct record granted. Settle order on notice.

Julia R. KELSEY, Respt., v. William BRADLEY, Applt. (Supreme Court, Appellate Division, First Department. March 3, 1916.) Judgment and order affirmed, with costs. No opinion. Order filed.

Otto KEMMERER, Applt., v. UNION RAILWAY CO. OF NEW YORK CITY, Respt. (Supreme Court, Appellate Division, First Department. January 28, 1916.) Judgment and order affirmed, with costs. No opinion. Order filed.

Solomon S. KEMPNER, Louis Kempner, and Velma Kempner, respts., v. The HANNAN & HENRY MOTOR CAR COMPANY, applt. (Supreme Court, Appellate Division, Third Department. March 8, 1916.) Judgment affirmed, with costs. All concur, except Kellogg, P. J., dissenting.

Joseph S. KENNARD, Applt., v. Franklin BRANDRETH et al., Respts. (Supreme Court, Appellate Division, First Department. March 3, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed.

KENSICO CEMETERY, respondent, v. Florence C. CARPENTER et al., respondents; Orlando T. Carpenter, as one of the executors of the Last Will and Testament of Reese Carpenter, deceased, appellant. (Supreme Court, Appellate Division, Second Department. March 24, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Jenks, P. J., and Thomas, Carr, Mills, and Rich, JJ., concur.

Joseph L. KERNAN v. Warren A. MILLER and ano. (Supreme Court, Appellate Division, First Department. February 11, 1916.) Motion granted, with $10 costs. Order filed.

Edward J. KEUCHLE, Respt., v. J. Parker SLOANE and ano., Applts. (Supreme Court, Appellate Division, First Department. February 4, 1916.) Judgment affirmed, with costs, with leave to defendants to withdraw demurrer on payment of costs. No opinion. Order filed.

In the Matter of Robert S. KING, an attorney. (Supreme Court, Appellate Division, Sec-